No. 225. DOMRES *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Walter J. Cummings, Jr.* for the United States.

No. 227. BALLESTER-RIPOLL *v.* COURT OF TAX APPEALS OF PUERTO RICO ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Fred W. Llewellyn* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* for respondents.

No. 228. SUN LIFE ASSURANCE Co. *v.* BULL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Silas H. Strawn* for petitioner. *Mr. Clarence W. Heyl* for respondent.

No. 229. TAYLOR *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. C. M. Walter* and *John C. Stirrat* for petitioner. *Solicitor General Fahy* and *Messrs. Thomas I. Emerson* and *David London* for the United States.

No. 230. COYNE ET AL. *v.* SIMRALL CORPORATION ET AL. October 9, 1944. Petition for writ of certiorari to the